JOHN MEYER
225629
854 S. Kenneth Ave.
Kerman, CA 93630
Telephone:  (559) 385-1565

Attorney for Gary Ramirez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>GARY RAMIREZ<br><br>                  Defendants. | CASE NO.  1:15CR00184-001 LJO<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER<br><br>DATE: January 19, 2016<br>TIME: 8:30 p.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. By previous order, this matter was set for sentencing on January 19th, 2016 at 8:30 p.m.

2. By this stipulation, defendant now moves to continue the sentencing until March 14, 8:30 a.m.  The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to conduct investigation and consultant with experts regarding mitigating health information that was discovered at the probation investigation interview with the defendant.

    b) Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy sentencing.

e) Informal objections will now be due February 15th, 2016, with formal objections being due March 1st.

IT IS SO STIPULATED.

Dated:  December 21, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Kim Sanchez
                                             Kim Sanchez
                                             Assistant United States Attorney


Dated:  December 21, 2015                    /s/ JOHN MEYER
                                             JOHN MEYER
                                             Counsel for Defendant
                                             Augustine Castro Salazar

## ORDER

**IT IS SO ORDERED**
**Dated: December 22, 2015**

                                             **/s/ Lawrence J. O'Neill**
                                             **United States District Judge**

STIPULATION RE: SENTENCING; FINDINGS AND ORDER

2