JOHN MEYER
225629
854 S. Kenneth Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for Gary Ramirez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15CR00184-001 LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |
| v. | DATE: March 14, 2016 |
| GARY RAMIREZ | TIME: 8:30 p.m. |
| Defendants. | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. By previous order, this matter was set for sentencing on March 14th, 2016 at 8:30 p.m.

2. By this stipulation, defendant now moves to continue the sentencing until May 16th, 8:30 a.m. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to conduct investigation and consultant with experts regarding mitigating health information that was discovered at the probation investigation interview with the defendant. Defense Counsel attempted to obtain medical documents for this purpose, but obtained documents for the wrong time period. An additional request for documents has been submitted, but will require additional time to process.

   b) Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a speedy sentencing. IT IS SO STIPULATED.

Dated:  February 29, 2016         BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Kim Sanchez
                                  Kim Sanchez
                                  Assistant United States Attorney




Dated:  February 29, 2016          /s/ JOHN MEYER
                                  JOHN MEYER
                                  Counsel for Defendant
                                  Augustine Castro Salazar


## FINDINGS AND ORDER

The request for a significant amount of additional time is GRANTED, due mainly because of the amount of time the Defendant is most likely facing at sentencing.   No further continuances will be entertained.

IT IS SO ORDERED.

Dated:  **March 1, 2016**           **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS AND ORDER

2